**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELL J. HOWARD,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. 2:18-cv-01207-MRA-AYP<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Petitioner's objections to the Report and Recommendation, filed on November 3, 2025 ("Objections"). (ECF No. 119.) As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected.

The Report and Recommendation ("Report") recommends the denial of the Petition and the dismissal of this action with prejudice. (ECF No. 116.)

Petitioner's objections to the Report (ECF No. 119) do not merit any change to the Report's findings or recommendations.

Petitioner objects that the Report erroneously concluded that the California Supreme Court's denial of Petitioner's state habeas petition "without prejudice" was a ruling on the merits. (ECF No. 119 at 3-5.) The California Supreme Court denied the state habeas petition "without prejudice to any relief to which petitioner might be entitled after this court decides *People v. Mumin*, No. S271049." (ECF No. 49-6.)[1] The Court agrees with the Report, which cited district court cases from within the Ninth Circuit, that the California Supreme Court's denial was a decision on the merits. (ECF No. 116 at 17-18.) But even if it is assumed for purposes of argument that Petitioner is correct that the California Supreme Court did not issue a decision on the merits, Petitioner fails to show the significance of this point. As the Report explained, the Court must "look through" the California Supreme Court's decision to the reasoned decision of the lower state court. (*Id*. at 18-20.) Federal courts look through state court rulings that are not on the merits. *See Cannedy v. Adams*, 706 F.3d 1148, 1158 (9th Cir. 2013). Moreover, the look-through presumption requires "strong evidence [to] refute it." *Ylst v. Nunnemaker*, 501 U.S. 797, 804 (1991). It "can be rebutted by evidence of, for instance, an alternative ground that was argued or that is clear in the record was the likely basis for the decision[.]" *Wilson v. Sellers*, 584 U.S. 122, 133 (2018). Petitioner has not rebutted the presumption with any evidence.

Petitioner objects that the Report erroneously concludes that the state court reasonably rejected Petitioner's sufficiency challenge to his conviction for the attempted murder of Artrinity Franklin. (ECF No. 119 at 5-10.) Specifically,

---

[1] Eventually, *Mumin* resolved a conflict among the California Courts of Appeal as to the proper standard of review when a defendant challenges a trial court's decision to instruct on a "kill zone" theory as applied to an allegation of attempted murder. *People v. Mumin*, 15 Cal. 5th 176, 187-88 (2023).

Petitioner objects that the evidence was insufficient under the prosecutor's "kill zone" theory because Petitioner merely subjected Artrinity Franklin, who was near the primary target, Aaron Johnson, to lethal risk. (*Id*. at 9-10.) On the contrary, the California Court of Appeal's rejection of this claim was not objectively unreasonable. The California Court of Appeal found that "there is substantial evidence that [Petitioner] fired six or seven shots into a group of three or four individuals," including Aaron Johnson and Artrinity Franklin, "who were standing on the porch or in the doorway to the back room and were visible from the back yard." (ECF No. 13-3 at 9.) From this evidence, a reasonable jury could have found that Petitioner had "a primary target and reason[ed] [that] he cannot miss that intended target if he kills everyone in the area in which the target is located." *People v. Canizales*, 7 Cal. 5th 591, 607 (2019).

The Objections lack merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: September 22, 2026

HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE