JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELL J. HOWARD,<br>Petitioner,<br>v.<br>WARREN L. MONTGOMERY, Warden,<br>Respondent. | Case No. 2:18-cv-01207-MRA-AYP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 22, 2026

HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE